(September 13, 2002)

◼ NORMA ESCOTO, Appellant, v LEONARD MEISELMAN, INC., et al., Respondents. [748 NYS2d 53]

Ritter, J.P., O'Brien, Goldstein and McGinity, JJ., concur. [*See* 282 AD2d 429.]